## C. F. ANDERSON v. STATE.
### No. 15038.

Court of Criminal Appeals of Texas.
March 16, 1932.

Alex Pope and C. C. Morrison, both of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for a period of ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Juan ARAIS v. STATE.
### No. 15076.

Court of Criminal Appeals of Texas.
March 16, 1932.

Melvion R. Luter, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft; punishment, two years in the penitentiary.

The record is here without any statement of facts. There are a number of bills of exception which cannot be appraised by us in the absence of a statement of facts. Such exceptions to the charge of the court as present questions of law have been examined and are believed not to be well taken.

Finding no error in the record, the judgment will be affirmed.

## Ebb BRADSHAW v. STATE.
### No. 15226.

Court of Criminal Appeals of Texas.
March 9, 1932.

Lloyd W. Davidson, State's Atty, of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor, punishment being confinement in the penitentiary for one year.

Appellant has filed with this court his affidavit advising that he desires to withdraw his appeal, and at his request the same is dismissed.

## James BRIGHTMAN v. STATE.
### No. 15055.

Court of Criminal Appeals of Texas.
March 16, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The matters of procedure appear regular.

The judgment will be affirmed.

## L. C. CANTRELL, alias "Slim" Cantrell, v. STATE.
### No. 15241.

Court of Criminal Appeals of Texas.
March 30, 1932.

Sam S. Beene, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for unlawfully carrying a pistol; punishment, thirty days in the county jail.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.